```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    CRAIG H. MISSAKIAN
 4  Assistant United States Attorney
    California Bar Number: 125202
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0141
 7       Facsimile: (213) 894-0757
         E-Mail: craig.missakian@usdoj.gov
 8
    Attorney for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 00-742-TJH |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER REDUCING |
| v. | ) SENTENCE PURSUANT TO 18 U.S.C. |
|  | ) § 3582(c)  (#31 + #37) |
| CRESBERTO RAMIREZ, | ) |
| Defendant. | ) |

The parties having stipulated, it is hereby ORDERED pursuant to 18 U.S.C. § 3582(c) that defendant's sentence is reduced to adjusted offense level 27, Criminal History Category V, for a sentencing range of 120-150 months. The parties having further stipulated to the application of the 18 U.S.C. § 3553 factors,

///
///
///
///

1  and stipulated that after consideration of those factors, a 120-
2  month sentence is appropriate, defendant's sentence is reduced to
3  120 months.  All other terms and conditions of the previous
4  sentence remain in effect.
5      SO ORDERED.
6  DATED: May 27, 2008
7                                      Hon. Terry J. Hatter, Jr.
                                        U.S. District Court Judge